IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHACON INVESTMENTS LLC,

    Plaintiff,

       v.

CIVIL ACTION FILE
NO. 1:17-CV-4681-TWT

ESTATE OF ROBERTA A.
SINCLAIR
AND ALL OTHER OCCUPANTS,

    Defendant.

**ORDER**

     This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Gwinnett County. The Defendants' objections fail to address the Court's lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 31 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge